IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT J. MAHAFFEY and
TAMERA K. MAGAFFEY,

        Plaintiffs,                       Civ. No. 6:17-cv-1191-MK

        v.                                       ORDER

QUALITY LOAN SERVICE CORPORATION
OF WASHING; et al.

        Defendants.
_____

MCSHANE, Judge:

        Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#31), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#31) is adopted. The motion to dismiss (#28) is GRANTED.

IT IS SO ORDERED.

        DATED this 5th day of February, 2020.

                                                                 /s/ Michael J. McShane
                                                                    Michael McShane
                                                             United States District Judge